UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HECTOR B. MEADOWS (01), )<br>)<br>Defendant. ) | Cause No. 1:16-cr-00099-JMS-DML |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation dkt. [97] recommending that Hector B. Meadows' supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt. [97]. The Court finds that Mr. Meadows committed Violation Numbers 1, 2, and 6 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkt [69 and 87]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Meadows is sentenced to the custody of the Attorney General or his designee for a period of one (1) day imprisonment with no supervised release to follow. Mr. Meadows is to be immediately transferred to the U.S. District Court, Middle District of Georgia on an outstanding warrant.

Date: 6/15/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal